1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
12          Plaintiff,                         No. CR. S-10-0116 FCD
13      v.
14  RAMIRO GONZALEZ, III,                      **RELATED CASE ORDER**
    ADRIAN HERNANDEZ, and
15  AMBOSE DANIEL STEWART,
16          Defendants.
                                        /
17  UNITED STATES OF AMERICA,
18          Plaintiff,                         No. CR. S-03-0478 GEB
19      v.
20  ADRIAN HERNANDEZ,
21          Defendant.
22  _____/
23

24      Examination of the above-entitled actions reveals that they are related within the meaning
25  of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based on
26  similar questions of fact, and would therefore entail a substantial duplication of labor if heard by
27  different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect
28  a substantial savings of judicial effort and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under Local Rule 123 merely has the
2 result that these actions are assigned to the same judge; no consolidation of the actions is
3 effected.
4  IT IS THEREFORE ORDERED that the action denominated, CR.S-03-0478 GEB is
5 reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set
6 in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed
7 in the reassigned cases shall be shown as **CR. S-03-0478 FCD**.
8  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
9 assignment of criminal cases to compensate for this reassignment.
10  IT IS SO ORDERED.
11 DATED: April 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE