CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
RAMIRO GONZALEZ III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RAMIRO GONZALEZ III, et al.,<br><br>          Defendants. | Case No.: CR. S-10-116 FCD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   April 26, 2010<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant RAMIRO GONZALEZ, Linda Harter, Counsel for Defendant ADRIAN HERNANDEZ, and Michael Hansen, Counsel for Defendant AMBROSE DANIEL STEWART, that the status conference scheduled for April 26, 2010, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on May 24, 2010, at 10:00 a.m. for further status conference. Defense counsel seek additional time to prepare and confer with their respective clients.

   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

1  allowing the defendants further time to prepare outweigh the best interests of the public
2  and the defendant to a speedy trial.

3

4  DATED:      April 22, 2010            /S/      Jill Thomas  _____
                                         JILL THOMAS
5                                        Attorney for Plaintiff
6

7                                        /S/      Clemente M. Jiménez_____
                                         CLEMENTE M. JIMÉNEZ
8                                        Attorney for Ramiro Gonzalez
9

10
                                         /S/      Linda Harter_____
11                                       LINDA HARTER
12                                       Attorney for Adrian Hernandez
13

14                                       /S/      Michael Hansen_____
                                         MICHAEL HANSEN
15                                       Attorney for Ambrose Daniel Stewart
16

17                            **ORDER**

18  IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled
19  for April 26, 2010, at 10:00 a.m., be vacated and the matter continued to May 24, 2010, at
20  10:00 a.m. for further status conference.  The Court finds that time under the Speedy
21  Trial Act shall be excluded through that date in order to afford counsel reasonable time to
22  prepare.  Based on the parties' representations, the Court finds that the ends of justice
23  served by granting a continuance outweigh the best interests of the public and the
24  defendants to a speedy trial.
25
26  This 23rd day of April, 2010.
27                                         _____
28                                         FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE