Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
AMBROSE STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMBROSE STEWART, et al.,<br><br>Defendants. | No. 2:10-CR-0116 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, Michael E. Hansen, attorney for defendant Ambrose Stewart, Clemente Jimenez, attorney for defendant Ramiro Gonzalez, III, and Linda Harter, attorney for defendant Adrian Hernandez, that the previously scheduled status conference date of May 24, 2010, be vacated and the matter set for status conference on September 20, 2010, at 10:00 a.m..

This continuance is requested to allow counsel to adequately prepare for trial.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 20, 2010, should be excluded in

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and Order to Continue Status Conference**

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

Dated:  May 20, 2010                                           Respectfully submitted,

                                                    /s/ Michael E. Hansen
                                                  MICHAEL E. HANSEN
                                                  Attorney for Defendant
                                                  AMBROSE STEWART

Dated:  May 20, 2010                                           /s/ Clemente M. Jimenez
                                                  CLEMENTE M. JIMENEZ
                                                  Attorney for Defendant
                                                  RAMIRO GONZALEZ, III

Dated:  May 20, 2010                                           /s/ Linda C. Harter
                                                  LINDA C. HARTER
                                                  Attorney for Defendant
                                                  ADRIAN HERNANDEZ

Dated:  May 20, 2010                                           /s/ Jill M. Thomas
                                                  JILL M. THOMAS
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

ORDER

    IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated:  May 20, 2010

                                                  FRANK C. DAMRELL, JR.
                                                  UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Status Conference**