1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   Attorney for Defendant
5  ADRIAN HERNANDEZ

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                              –ooo–
11

12 UNITED STATES OF AMERICA,
                                        CR. S-10-0116-FCD
13         Plaintiff,

14 vs.                                  **STIPULATION AND ORDER TO
                                        CONTINUE STATUS CONFERENCE**
15
   ADRIAN HERNANDEZ, et al.,
16
           Defendants.
17
                                       /
18
       Defendant ADRIAN HERNANDEZ, by and through his counsel of record
19
   Michael Stepanian, and Assistant U.S. Attorney Jill Thomas hereby stipulate and agree
20
   that the status conference presently set for Monday, September 20, 2010, be continued
21
   until November 8, 2010, at 10:00 a.m.
22
       The reason for the continuance is for continuity and preparation of new counsel.
23
       Mr. Stepanian has advised all counsel in this case of the requested continuance and
24
   none have objected.
25
       The time period from September 20, 2010 to November 8, 2010 would be deemed
26
   excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
27
   served by granting a continuance outweigh the best interests of the public and of the
28

1  defendant in a speedy trial

Date:   September 15, 2010            /s/ Michael Stepanian
                                      MICHAEL STEPANIAN
                                      Counsel for Defendant
                                      ADRIAN HERNANDEZ
                                      On Behalf Of All Defendants

Date:   September 15, 2010            /s/ Jill Thomas
                                      JILL THOMAS
                                      Assistant United States Attorney


**IT IS SO ORDERED:**

Dated: September 15, 2010             _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE