DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
AMBROSE STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMIRO GONZALEZ, ADRIAN HERNANDEZ and AMBROSE STEWART,<br><br>Defendants. | **CR-S-10-116 KJM**<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jill Thomas, Assistant U.S. Attorney; and, the defendants, through their attorneys, David W. Dratman for Ambrose Stewart, Michael Stepanian for Adrian Hernandez; and, Clemente Jimenez for Ramiro Gonzalez that the status conference scheduled for June 2, 2011 be continued to July 21, 2011 at 10:00 a.m.

Each of the defense counsel on behalf of their respective clients requests the exclusion of additional time under the Speedy Trial Act to enable defense counsel to continue to review discovery provided to date; and, to work toward an anticipated resolution of this case via plea agreements, which we anticipate to accomplish either on July 21, 2011 or shortly thereafter.

The parties stipulate and agree that the time from the date of this stipulation, May 27, 2011 through and including July 21, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare

1 and continuity of defense counsel).

2 Dated:  May 27, 2011              /s/ David W. Dratman
                                   DAVID W. DRATMAN
3                                  Attorney for Defendant
                                   AMBROSE STEWART
4

5 Dated:  May 27, 2011              /s/ Michael Stepanian
                                   MICHAEL STEPANIAN
6                                  Attorney for Defendant
                                   ADRIAN HERNANDEZ
7                                  *Signed with permission

8 Dated:  May 27, 2011              /s/ Clemente Jimenez
                                   CLEMENTE JIMENEZ
9                                  Attorney for Defendant
                                   RAMIRO GONZALEZ
10                                 *Signed with permission

11 Dated:  May 27, 2011             BENJAMIN B. WAGNER
                                   UNITED STATES ATTORNEY
12

13                                 By: /s/ Jill Thomas
                                   JILL THOMAS
14                                 Assistant U.S. Attorney
                                   *Signed with permission
15

16

17                                 ORDER

18     The Court, having considered the stipulation of the parties, and good cause

19 appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based

20 on the stipulation of the parties, the Court finds that the failure to grant a continuance in this

21 case would deny defense counsel reasonable time necessary for effective preparation,

22 taking into account the exercise of due diligence, and defendant's continuity of counsel.

23 The Court specifically finds that the ends of justice served by the granting of such

24 continuance outweigh the interests of the public and that the time from the date of the

25 stipulation, May 27, 2011, to and including July 21, 2011, shall be excluded from

26 computation of time within which the trial of this case must be commenced under the

27 Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4

28 (time for defense counsel to prepare and continuity of dense counsel).

1    IT IS SO ORDERED.

2  Dated:  May 31, 2011.

3  _____
   UNITED STATES DISTRICT JUDGE